

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-25-00590-CV

_____

IN THE INTEREST OF B.A., A CHILD

On Appeal from the 233rd District Court
Tarrant County, Texas
Trial Court No. 233-695079-21

Before Sudderth, C.J.; Kerr and Birdwell, J.J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On November 4, 2025, we warned Appellant that we could dismiss his appeal unless he paid the filing fee within ten days. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. He did not pay the fee. So, on December 3, 2025, we gave Appellant another opportunity to pay the fee, again warning that we could dismiss his appeal unless he paid it within ten days. *See* Tex. R. App. P. 5, 12.1(b), 42.3(c), 44.3. But again, Appellant did not pay the fee.

Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c), 43.2(f). Appellant must pay all costs of this appeal. *See* Tex. R. App. P. 43.4.

Per Curiam

Delivered: January 8, 2026